**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Gary W. Howard

    v.                                  Civil No. 05-fp-277

Northern New Hampshire Correctional
Facility, Warden


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**


Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-277-_PB._.

**SO ORDERED.**



_____
James R. Muirhead
United States Magistrate Judge


Date:  August 8, 2005

cc:  Gary W. Howard, *pro se*