UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gary Howard</u>

        v.                      Case No. 05-cv-277-PB

<u>Warden, Northern NH</u>
<u>Correctional Facility</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 28, 2005, no objection having been filed.

SO ORDERED.


November 28, 2005                    /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge


cc:    Gary Howard, Pro se
       Nicholas Cort, Esq.