```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Gary W. Howard

    v.                    Civil No. 05-cv-277-PB

Warden, Northern NH Correctional Facility

___

ORDER

Re: Document No. 15, Motion for Reconsideration RE Order on Report and Recommendations

Ruling: The clerk shall send another copy of the Report and Recommendation to the plaintiff. The Magistrate Judge shall determine whether the plaintiff received a copy of the Report and Recommendation when it was initially issued. If the Magistrate Judge determines that plaintiff did not receive the Report and Recommendation, the motion is granted. Otherwise, it is denied.

                                            /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            U.S. District Judge

Date: December 26, 2005

cc:  Gary W. Howard, pro se
     Nicholas P. Cort, Esq.