UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gary W. Howard

    v.                                              Civil No. 05-cv-277-PB

Warden, Northern New Hampshire
Correctional Facility

**O R D E R**

Petitioner seeks reconsideration of Judge Barbadoro's order approving my Report and Recommendation.  See document no. 15.  He alleges that he never received a copy from the Clerk of Court who was responsible for mailing it.  The Clerk mailed a copy on October 31, 2005.  The Attorney General is requested to inquire of defendant whether petitioner signed for any "legal mail" from this court between October 31, 2005 and November 27, 2005 and to advise the court so I may comply with Judge Barbadoro's direction.  See document no. 16.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 28, 2005

cc:   Gary M. Howard, *pro se*
       Nicholas P. Cort, Esq.