```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Gary W. Howard**

    **v.**                                    Case No. 05-cv-277-PB

**Northern NH**
**Correctional Facility**


### O R D E R

On December 26, 2005, I issued an order instructing the Magistrate Judge to determine whether petitioner Gary Howard should be given additional time to object to the Magistrate Judge's October 28, 2005 Report and Recommendation. On January 30, 2006, the Magistrate Judge issued an order giving Howard until February 21, 2006 to object to the Report and Recommendation. Howard failed to comply with the Magistrate Judge's order. Thus, he has forfeited his right to object to the Report and Recommendation. My November 25, 2005 order approving the Report and Recommendation remains in effect.

On or before July 15, 2006, the defendant shall file a motion for summary judgment addressing ground one of Howard's habeas corpus petition.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 15, 2006

cc:  Gary Howard, pro se
     Nicholas Cort, Esq.